JAMES E. HUGHES, Respondent, *v.* THE BREAKWATER
    COMPANY, Appellant.

Reported below, 163 App. Div. 943.
    (Argued April 12, 1915; decided April 20, 1915.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first
judicial department, entered June 25, 1914, affirming a
judgment in favor of plaintiff entered upon a verdict
directed by the court in an action to recover a balance
alleged to be due for services.

The motion was made upon the ground that pending
the appeal the defendant had been adjudged bankrupt;

that the appeal was not taken or authorized by the trustee in bankruptcy but was taken by the surety upon the undertaking given on appeal to the Appellate Division, in the defendant's name.

*Horace L. Cheyney* for motion.

*Gordon S. P. Kleeberg* opposed.

Motion denied, with ten dollars costs.